UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
JUSTIN J. LEE,

                Plaintiff,           **ORDER**
                                                16-CV-1033 (MKB) (AKT)

        v.

PO OFFICER FRANK DICONZA, SHIELD #2180,

                Defendant.
---------------------------------------------------------------

MARGO K. BRODIE, United States District Judge:

On August 23, 2019, Magistrate Judge A. Kathleen Tomlinson issued a report and recommendation, recommending that the Court dismiss the Complaint for failure to prosecute and for Plaintiff's failure to comply with various Orders of the Court ("R&R"). (R&R, Docket Entry No. 31.)

No party has objected to the R&R. The Court has reviewed the unopposed R&R for clear error. Finding no clear error, the Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1) and dismisses the Complaint for failure to prosecute and failure to comply with various Orders of the Court. The Clerk of Court is directed to close this case.

Dated: September 17, 2019
       Brooklyn, New York

                                                     SO ORDERED:

                                                         s/ MKB    
                                                     MARGO K. BRODIE
                                                    United States District Judge